**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

STATE FARM FIRE & CASUALTY COMPANY of Bloomington, Illinois,

Plaintiff,

v.

DONALD CROOKS, JARED HANSEN, LEAH HANISCH AND TRAVIS HANSEN,

Defendant.

Civil No. 01-280 (JRT/FLN)

**ORDER**

---

Leatha Grein Wolter, MEAGHER & GEER, 33 South Sixth Street, Ste 4200, Minneapolis, MN 55402, for plaintiff.

Paul E. Godlewski and Sharon L. Van Dyck, SCHWEBEL GOETZ & SIEBEN, 80 South Eight Street, Suite 5120, Minneapolis, Minnesota 55402, for defendant Travis Hansen.

This matter is before the Court on Defendant Travis Hansen's motion to extend time in which to answer. The Court finds that the defendant has shown good cause for an extension to answer.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant Travis Hansen's motion to extend time in which to answer

FILED JUN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

[Docket No. 6] is **GRANTED**. The Court accepts defendant's answer that was filed on May 4, 2001.

DATED: June 8, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge