UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State Farm Fire & Casualty,
Company of Bloomington Illinois,

Plaintiff,

v.

Donald Crooks, et al.,

Defendants.

Civil No. 01-280 JRT/FLN

**ORDER**

---

Leatha Wolter, Esq., for Plaintiff.
Paul E. Godlewski, Esq., for Defendant Travis Hansen.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on October 22, 2001, on Paul E. Godlewski's Motion to Withdraw as Attorney for Travis Hansen, without substitution, pursuant to Local Rule 83.7 [#19].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Paul E. Godlewski's Motion to Withdraw as Attorney for Travis Hansen, without substitution, pursuant to Local Rule 83.7 [#19] is **GRANTED**. Paul E. Godlewski, Sharon Van Dyck and the law firm of Schwebel, Goetz & Sieben, P.A., may hereby withdraw as Counsel for Travis Hansen without substitution.

DATED: October 31, 2001

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

NOV 01 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK