**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

State Farm Fire & Casualty
Company of Bloomington, Illinois,

Plaintiff,

v.

Donald Crooks, Jared Hansen,
Leah Hanisch and Travis Hansen,

Defendants.

Court File No. 01-CV-280 (JRT/FLN)

**ORDER FOR**
**DEFAULT JUDGMENT**

---

The above entitled-matter came on for hearing before the undersigned on Plaintiff State Farm's motion for default judgment. Having considered all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff State Farm's motion for default judgment is **GRANTED.**

**IT IS ADJUDGED AND DECLARED:**

1. That Plaintiff's motion for default judgment is granted against defendant Leah Hanisch.

2. Leah Hanisch does not qualify as an insured and is not entitled to coverage under State Farm Policy No. 0162-066-23.

3. State Farm has no obligation under Policy No. 0162-066-23 to defend or indemnify Donald Crooks or Jared Hansen with respect to any claim by Leah Hanisch arising from May 24, 2000 motor vehicle accident.

NOV 0 5 2001
FILED __________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 0 5 2001
DEPUTY CLERK __________

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: Oct 31, 2001

HONORABLE JOHN R. TUNHEIM
United States District Court Judge

921777.1