**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

STATE FARM FIRE & CASUALTY COMPANY,

Plaintiff,

v.

DONALD CROOKS, JARED HANSEN, LEAH HANISCH, and TRAVIS HANSEN

Defendants.

Civil No. 01-280 (JRT/FLN)

**ORDER OF REFERENCE**

---

Leatha G. Wolter, MEAGHER & GEER, 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402, for plaintiff.

Travis Hansen, 565 River Bluff Drive, Windom, MN 56101, *pro se* defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that plaintiff's motion for summary judgment [Docket No. 30] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for plaintiff is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Feb. 7, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED FEB 0 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK