UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State Farm Fire & Casualty Company of Bloomington Illinois

Plaintiff,

v.

Donald Crooks, et al.,

Defendants.

Civil 01-280 JRT/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 27, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment against Defendant Travis Hansen [#30] is GRANTED.

DATED: July 17, 2002.

JUDGE JOHN R. TUNHEIM
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK